# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:26-cr-00130-DHU** |
| **vs.** | ) | |
| | ) | |
| **LEANDREW VELARDE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Leandrew Velarde, by and through undersigned counsel, respectfully moves this Court to continue the sentencing hearing scheduled for August 11, 2026, and all other sentencing deadlines for 90 days.  In support, Mr. Velarde states:

1.      Mr. Velarde pled guilty to Assault Resulting in Serious Bodily Injury on January 13, 2026. (ECF No. 23). Mr. Velarde remained on conditions of release post-plea so he could continue pursuing alcohol treatment.

2.      Mr. Velarde was arrested last week on allegations that he violated the terms of his pretrial release. (ECF No. 39). Mr. Velarde is currently in primary state custody in San Juan County and has not been released from his state hold. This has prevented Mr. Velarde from having an initial appearance in federal court on the allegations related to his pretrial release conditions. Counsel has been working to contact Mr. Velarde and investigate this matter further. However, the tight turnaround, and confusion around his

initial appearance (ECF Nos. 40, 41), has made that difficult.

3.      Sentencing is currently set for August 11, 2026, and the sentencing memorandum deadline is this Monday, July 27, 2026. (ECF No. 31). Counsel requires additional time to meet with Mr. Velarde to better understand his situation and the circumstances surrounding the allegations that he violated his pretrial release conditions. Indeed, counsel is aware that Mr. Velarde has gone almost 12 months with no positive alcohol tests, recently learned he is going to be a father, and has been steadily engaged in alcohol recovery—which included him graduating from an intensive IOP. Counsel was in the process of detailing this progress in Mr. Velarde's sentencing memorandum when he was arrested. Additional information and investigation is now required to ensure that Mr. Velarde can present a full and complete sentencing package for the Court's consideration at sentencing.

4.      Based on the foregoing, Mr. Velarde respectfully requests a continuance to allow counsel additional time to determine what precisely transpired in the past seven days and then prepare for sentencing accordingly.

5.      Counsel for the United States, Assistant United States Attorney Nicholas Marshall, does not oppose this continuance.

WHEREFORE, Mr. Velarde respectfully requests that this Court continue the sentencing hearing currently scheduled for August 11, 2026, and attendant sentencing deadlines, for ninety (90) days as set forth above.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
T: (505) 346-2489
F: (505) 346-2494

***Electronically filed July 21, 2026***
/s/ Allen Franco
Assistant Federal Public Defender
allen_franco@fd.org

3